

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2019

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

> Sentencing is set for September 11, 2020, at
> 11:00 AM.  PSI ordered.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated:   6/9/2020
> New York, New York

　　　　Re:   **United States v. Mario Alvarenga,**
　　　　　　　S4 15 Cr. 627 (ER)

Dear Judge Ramos,

　　　　The Government writes to request, with the consent of defense counsel, that the Court order that the United State Probation Department prepare a Presentence Investigation Report for the defendant in the above-captioned matter. The Government further requests that the Court set sentencing dates for Mr. Alvarenga.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　GEOFFREY S. BERMAN
　　　　　　　　　　United States Attorney

　　　　　　　　By: _____
　　　　　　　　　　Andrew Thomas
　　　　　　　　　　Sheb Swett
　　　　　　　　　　Assistant United States Attorneys
　　　　　　　　　　(212) 637-2106 / 6522

cc:　　Scott Druker, Esq. (by ECF)