

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 2, 2022

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
40 Foley Square
New York, N.Y. 10007

    Re:    *United States v. Mario Alvarenga, et al.*, S4 15 Cr. 627 (ER)

Dear Judge Ramos,

    The Government writes to respectfully request that the Court enter a deadline by which the defendants in the above-captioned matter may oppose the Second Preliminary Order of Forfeiture, filed at Docket Entry 871. As discussed at the August 25, 2022 status conference, the defendants have not affirmatively stated an intention to oppose the proposed order, and a reasonable deadline would afford them that opportunity while allowing this matter to move forward. (Dkt. 884 at 8.)

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By: _____
        Sheb Swett
        Assistant United States Attorney
        (212) 637-6522

cc:    All counsel (by ECF)

> The Government's request is granted. The defendants may oppose the Second Preliminary Order of Forfeiture, Doc. 871, within 45 days, by January 16, 2023. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: December 2, 2022
> New York, New York