UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                                               :

UNITED STATES OF AMERICA,               :

   -v.-                                    :      RESTRAINING ORDER

HERZEL MEIRI, et al.,                  :      15 Cr. 627 (ER)

                Defendants.        :

                                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about November 1, 2016, Herzel Meiri and Amir Meiri, and others were charged in certain counts of a five-count Superseding Indictment, S4 15 Cr. 627 (ER) (the "Indictment");

WHEREAS, the Indictment included a forfeiture allegation as to Count One, among other forfeiture allegations, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense charged in Count One of the Indictment;

WHEREAS, on or about May 9, 2016, the Government filed a Bill of Particulars identifying, among other property, the property described all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 2146-2148 Fulton Street, Brooklyn NY 11233 Fulton Street (the "2146-2148 Fulton Street property"), as being subject to forfeiture as property that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One, among other Counts of the Indictment;

WHEREAS, on or about April 10, 2018, Herzel Meiri and Amir Meiri pled guilty to Count One and the forfeiture allegation of Count One,

WHEREAS, on or about April 16, 2018, the Court entered a consent preliminary order of forfeiture that included, among other properties, the 2146-2148 Fulton Street Property;

WHEREAS, Petermark II LLC has appeared in this action as a party with an asserted interest in the 2146-2148 Fulton Street property,

WHEREAS, the United States has brought to the Court's attention that the 2146-2148 Fulton Street property is the anticipated subject of an auction scheduled to occur on or about April 13, 2023,

WHEREAS, the forfeitability of the 2146-2148 Fulton Street property has yet to be decided by this Court,

WHEREAS, the Court held a telephonic hearing on April 12, 2023 concerning the anticipated auction of the 2146-2148 Fulton Street property,

WHEREAS, the Court has jurisdiction pursuant to 21 U.S.C. § 853(e)(1) to enter certain orders to restrain, protect, and safeguard property which may be subject to forfeiture,

**IT IS HEREBY ORDERED** that Petermark II LLC and all attorneys, agents, and employees, and anyone acting on the behalf of it, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not take any action to facilitate the sale, transfer, or auction of the 2146-2148 Fulton Street property without further order of this Court.

**IT IS FURTHER ORDERED** that the 2146-2148 Fulton Street property not be sold, transferred, or auctioned unless and until the forfeitability of the property is determined by this Court;

**IT IS FURTHER ORDERED** that service of a copy of this Order shall be made

on the referee appointed to hold the auction or his attorney.

Dated: New York, New York
April 12, 2023

_____

THE HONORABLE EDGARDO RAMOS
United States District Judge
Southern District of New York