

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 21, 2023

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
40 Foley Square
New York, N.Y. 10007

> The Court will hold an in-person status conference on January 9, 2024, at 2:30 p.m., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: December 28, 2023
> New York, New York

Re:    *United States v. Mario Alvarenga, et al.*, S4 15 Cr. 627 (ER)

Dear Judge Ramos,

The Government writes to request that the Court schedule a status conference in the above-captioned matter regarding the following properties (the "Properties"):

- 644 Chauncey Street, Brooklyn, New York
- 2146-2148 Fulton Street, Brooklyn, New York

The Properties are the subject of the following pending motions:

- Petermark II's motion for reconsideration of the Court's denial of Petermark II's motion for summary judgment with respect to 2146-2148 Fulton Street, Brooklyn, New York (Dkt. 834), which is opposed (Dkt. 839); and
- Advill Capital and Petermark II's motion to dismiss with respect to 644 Chauncey Street, Brooklyn, New York (Dkt. 797), which is opposed (Dkts. 802 & 807).

Counsel for all petitioners with interests in the Properties (the "Parties") recently met and conferred telephonically. The Parties do not anticipate any settlement of the claims to the Properties, and jointly request that the Court schedule an in-person status conference in January to set a schedule for hearings to resolve the outstanding claims, to the extent necessary.

Given that Petermark II is a petitioner with respect to both properties and the overlap between the two properties, the Government would propose scheduling a single hearing for both properties to conserve judicial resources and limit the burden on witnesses who would testify at both hearings. Petermark II does not consent to this proposal.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Sheb Swett
Assistant United States Attorney
(212) 637-6522

cc: Joy Anakhu, Esq. (by ECF)
Steven A. Biolsi, Esq. (by ECF)
Jennifer Eisenberg, Esq. (by ECF)
David Fiveson, Esq. (by ECF)
Rachel Geballe, Esq. (by ECF)
Peter Metis, Esq. (by ECF)